1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Special Assistant United States Attorney
5
           450 Golden Gate Ave., Box 36055
6          San Francisco, California 94102
           Telephone:     (415) 436-7200
7          Fax:           (415) 436-7234
           E-Mail:        katherine.lloyd-lovett@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                               SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,      ) Case No.: CR 16-00178-CRB
                                    )
15 |             Plaintiff,         ) [PROPOSED] ORDER RE CUSTODY OF
         v.                         ) GIFT AND PREPAID CARDS
16 |                                )
   | MICHAEL GERARD TRENT,          )
17 |                                )
   |             Defendant.         )
18 |                                )
                                    )
19

20      On November 16, 2016, the parties and Pretrial Services appeared before the Court for a bail

21 review hearing concerning, in part, various gift and prepaid cards seized from defendant Michael Trent

22 and currently in the possession of Pretrial Services. With the consent of the parties and Pretrial Services

23 and for the reasons stated on the record, the Court hereby orders Pretrial Services to provide the gift and

24 prepaid cards to the government for purposes of further investigation. Such further investigation may

25 include opening the cards from their packaging and removing coverings that obstruct the card numbers

26 or pin numbers of the cards, if applicable.

27 //

28

[PROPOSED] ORDER RE CUSTODY OF GIFT AND PREPAID CARDS
16-CR-00178 CRB                                2

1  **IT IS SO ORDERED.**

3  DATED: November 23, 2016

              _____
              HON. ELIZABETH D. LAPORTE
              United States Magistrate Judge